UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

In re

                                                                   Case No. 11-12643-rdm-7

    Kirk M. France and
    Catherine M. France,

           Debtors.

---

ORDER FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT

---

Upon the records, pleadings and proceedings heretofore had and on file in this matter and particularly upon the Affidavit filed herein,

IT IS HEREBY ORDERED:

1. That Bank Mutual is hereby granted relief from the automatic stay imposed herein in order to proceed with a foreclosure action in State court, with regard to the property located at 812 Lincoln Avenue, Stoughton, Wisconsin.

2. That the provisions of Bankruptcy Rule 4001(a)(3) are hereby waived, and this Order shall become effective immediately upon the signing of this Order.

3. That the Trustee's interest in the subject real estate is hereby abandoned.

# # #